**620**

Blas P. Arroyo, Alston & Bird, Charlotte, NC, for Defendants–Appellees.

Seth P. Robert, Connis O. Brown, III, Brown Robert, Ft. Lauderdale, FL, for Plaintiff–Appellant.

Before NEWMAN, MICHEL, and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36

**Matthew F. OTEY, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 04–3225.**

United States Court of Appeals, Federal Circuit.

Aug. 12, 2004.

Matthew F. Otey, of Counsel, Malden, WV, pro se.

Andrew P. Averbach, Principal Attorney, William F. Ryan, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

*ORDER*

On July 7, 2004, the court issued an order directing Matthew F. Otey ("Otey") to notify the court within 30 days "that he has dismissed his petition for review before the Board". Otey has failed to respond, and has failed to pay the filing fee in this court.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Each side shall bear its own costs.

**Todd J. VERDONE, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 04–5090.**

United States Court of Appeals, Federal Circuit.

Aug. 12, 2004.

Todd J. Verdone, of Counsel, Greenville, IL, for Plaintiff–Appellant.

Steven M. Mager, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel, Washington, DC, for Defendant–Appellee.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

failure to prosecute in accordance with the rules.

**Todd J. VERDONE, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 04–5089.

United States Court of Appeals,
Federal Circuit.

Aug. 12, 2004.

Todd J. Verdone, Greenville, IL, pro se.

Steven M. Mager, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel, Washington, DC, for Defendant–Appellee.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Todd J. VERDONE, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 04–5091.

United States Court of Appeals,
Federal Circuit.

Aug. 12, 2004.

Todd J. Verdone, of Counsel, Greenville, IL, for Plaintiff–Appellant.

Steven M. Mager, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel, Washington, DC, for Defendant–Appellee.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for